JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENDA R. MOORE, | ) | Case No. EDCV 07-941 AN |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice

DATED:   July 16, 2008          /s/   ARTHUR NAKAZATO
                                       ARTHUR NAKAZATO
                                       UNITED STATES MAGISTRATE JUDGE